# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 11-30594
USDC No. 2:09-CV-7729

United States Court of Appeals
Fifth Circuit
**F I L E D**
December 23, 2011
Lyle W. Cayce
Clerk

DERRICK MCKINSEY,

    Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY,

    Respondent-Appellee

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 2 3 2011
LORETTA G. WHYTE
CLERK

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Derrick McKinsey, Louisiana prisoner # 401450, moves this court for a certificate of appealability (COA) following the dismissal of his 28 U.S.C. § 2254 petition wherein he challenged his 1998 conviction and life sentence for second degree murder. McKinsey argues that the district court erred in rejecting his claims that: (1) the jury was tainted by an external communication between an excused juror and a spectator alleged to have been McKinsey's brother; (2) witness statements which were favorable to his defense evidence were withheld; and (3) his trial counsel was ineffective because counsel failed to interview McKinsey's codefendant or his codefendant's counsel regarding potentially exonerating testimony from his codefendant.

    A COA may be issued only if the applicant "has made a substantial

showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). A petitioner satisfies this standard "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). McKinsey has not met this standard. Accordingly, his motion for a COA is DENIED.

/s/ Leslie H. Southwick
LESLIE H. SOUTHWICK
UNITED STATES CIRCUIT JUDGE

11-30594

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
Room C-151
500 Poydras Street
New Orleans, LA 70130

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 23, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

*U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED DEC 23 2011 LORETTA G. WHYTE CLERK*

No. 11-30594, Derrick McKinsey v. Burl Cain, Warden
USDC No. 2:09-CV-7729

Enclosed is a copy of the judgment issued as the mandate.

Exhibits are returned:

( ) Volumes    ( ) Envelopes ( 1 ) Box

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc w/encl:
 Mr. Derrick McKinsey
 Mr. Scott G. Vincent